IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM LEAK,<br>    Plaintiff,<br><br>v.<br><br>SUPERINTENDENT MICHAEL CLARK, et al., THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA AND THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 17-2608 |

**O R D E R**

**AND NOW**, this 13th day of April, 202020, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice and Petitioner filing no Objections thereto,

**IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

               **BY THE COURT:**

               /s/Wendy Beetlestone, J.

               _____

               **WENDY BEETLESTONE, J.**