IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM LEAK,**         Petitioner, | : : : |
| v. | : :  **CIVIL ACTION NO. 17-CV-2608** |
| **SUPERINTENDENT MICHAEL CLARK**, *et al.*,         Respondents. | : : : : |

## ORDER

**AND NOW**, this 13th day of September 2022, upon consideration of Petitioner William Leak's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 84), it is **ORDERED** that:

1. The Motion is **DISMISSED** for lack of subject matter jurisdiction without prejudice to Leak's right to file with the United States Court of Appeals for the Third Circuit an application to file a second or successive habeas petition. *See* 28 U.S.C. § 2244(b)(3)(A).

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**