IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM LEAK,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SUPERINTENDENT MICHAEL CLARK,<br>et al., THE DISTRICT ATTORNEY OF<br>THE COUNTY OF PHILADELPHIA AND<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  17-2608 |

# O R D E R

**AND NOW**, this 29th day of January, 2025, upon consideration of the Petitioner's Motion for Relief from Final Order and Judgment Under Rule 60(b) (ECF No. 94) there being no timely objection thereto, and after review of the Report and Recommendation of United States Magistrate Judge Pamela A. Carlos (ECF 133), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Motion for Relief from Final Order and Judgment Under Rule 60(b) (ECF No. 94) is **DENIED WITH PREJUDICE**;

3. Leak's Remaining Motions (ECF Nos. 109, 110, 123, 124, 125) are **DENIED WITH PREJUDICE**; and

4. There is no basis to issue a certificate of appealability.

The Clerk of Court shall mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　S/ WENDY BEETLESTONE
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**